**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITAS HEALTH SERVICES, INC., A California Corporation, doing business as Chino Valley Medical Center, et al.<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC., a California corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. EDCV 08-0386 GW FMOx<br><br>**ORDER DISMISSING CERTAIN CAUSES OF ACTION AND ALLEGATIONS AND REMANDING TO STATE COURT PURSUANT TO 28 U.S.C. § 1446**<br><br>Date:   August 21, 2008<br>Time:   8:30 a.m.<br>Crtrm:10<br><br>Trial Date:      None |

Whereas, on January 23, 2008, five Complaints were filed in separate counties in the Superior Court of the State of California and were subsequently removed by Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group (collectively "Kaiser"), and are now pending, as follows:

1.      **Prime Sherman Oaks:** Prime Healthcare Services II, LLC vs. Kaiser Foundation Health Plan, Inc. et al., Case No. CV 08-01858 GW FMOx, removed March 19, 2008 from California Superior Court for the County of Los Angeles, Case No. LC080295, filed January 23, 2008 ("Prime Sherman Oaks");

1   2.   **Prime Desert Valley:** Desert Valley Hospital, Inc. et al. vs. Kaiser Foundation Health

2   Plan, Inc. et al., Case No. EDCV 08-00385 GW FMOx, removed March 20, 2008 from California

3   Superior Court for the County of San Bernardino, Case No. CIVVS800317, filed January 23, 2008

4   ("Prime Desert Valley");

5   3.   **Prime Chino Valley:** Veritas Health Services, Inc. et al. vs. Kaiser Foundation

6   Health Plan, Inc. et al., Case No. EDCV 08-00386 GW FMOx, removed March 20, 2008 from

7   California Superior Court for the County of San Bernardino, Case No. CIVRS800590, filed

8   January 23, 2008 ("Prime Chino Valley");

9   4.   **Prime Orange County:** Prime Healthcare La Palma, LLC et al. vs. Kaiser

10   Foundation Health Plan, Inc. et al., Case No. SACV08-00318 GW FMOx, removed March 20,

11   2008 from California Superior Court for the County of Orange, Case No. 30-2008-00101717-CU-

12   BT-CJC, filed January 23, 2008 ("Prime Orange County"); and,

13   5.   **Prime Paradise Valley:** Prime Healthcare Paradise Valley, LLC vs. Kaiser

14   Foundation Health Plan, Inc. et al., Case No. 08CV 0523 JLS BLM, removed March 20, 2008

15   from California Superior Court for the County of San Diego, Case No. 37-2008-00068370-CU-

16   NP-SC, filed January 23, 2008 ("Prime Paradise Valley").

17   Whereas, on June 2, 2008, Prime Sherman Oaks, Prime Desert Valley, Prime Chino

18   Valley, and Prime Orange County were ordered related matters and are now pending before this

19   Court, and whereas the Prime Sherman Oaks case proceeded to be litigated while the Prime Desert

20   Valley, Prime Chino Valley, and Prime Orange County cases were stayed by agreement of the

21   parties and Order of the Court and are subject to application of the same ruling as in the Prime

22   Sherman Oaks case.  Plaintiffs in these four related matters are collectively referred to herein as

23   "Prime" and these four related cases are referred to herein as the "Prime Cases;"

24   Whereas, Kaiser removed the Prime Cases based on three independent and alternative

25   grounds: (1) federal question removal under 28 U.S.C. § 1441(a) and (b) based on ERISA

26   complete preemption; (2) federal question removal under 28 U.S.C. § 1441(a) and (b) based on

27   Medicare complete preemption; and (3) federal actor removal under 28 U.S.C. § 1442;

28   / / /

80113.001/48984.1

2

[PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION AND ALLEGATIONS AND
REMANDING TO STATE COURT PURSUANT TO 28 U.S.C. § 1446

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 229-2868 • FAX (213) 229-2870

1    Whereas, Prime filed a Motion for Remand and Request for Stay in Prime Sherman Oaks,

2    in which it asserted that Kaiser improperly removed Prime Sherman Oaks to Federal Court and the

3    Prime Sherman Oaks case should be remanded (the "Motion for Remand"), and the ruling in the

4    Prime Sherman Oaks cases being applicable to the Prime Desert Valley, Prime Chino Valley, and

5    Prime Orange County cases;

6    Whereas, Kaiser filed Motions to Dismiss in the Prime Cases whereby Kaiser sought to

7    dismiss all claims for relief in the Prime Cases (the "Motion to Dismiss").  Kaiser also filed

8    Motions to Strike in the Prime Cases and a Motion to Consolidate the Prime Cases;

9    Whereas, the Motions to Dismiss, Motions to Strike and Motion to Consolidate were

10   stayed pending the Court's decision on the Motion for Remand;

11   Whereas, after full briefing and an initial hearing on the Motion for Remand on June 19,

12   2008, the Court ordered  supplemental briefing by all parties, and a subsequent hearing was held

13   on August 21, 2008;

14   Whereas, the Court found that the 3rd cause of action for "Breach of Written Contract –

15   Written Assignment", and the 4th cause of action for "Breach of Implied Covenant of Good Faith

16   and Fair Dealing" and the 7th cause of action for "Violation of Business & Professions Code §

17   17200 *et. seq.* claim" based on assignment to Prime of member benefits under a Kaiser health care

18   policy were subject to complete federal preemption (and only those portions of the 4th and 7th

19   causes of action based on an assignment);

20   Whereas, during the hearing on August 21, 2008, Prime stipulated to the following:

21   (a) dismissal of its 3rd cause of action for "Breach of Written Contract – Written

22   Assignment" in its entirety in Prime Sherman Oaks, Prime Desert Valley, and Prime Chino

23   Valley;

24   (b) dismissal of those portions (and only those portions) of the allegations in Prime's 4th

25   cause of action for "Breach of Implied Covenant of Good Faith and Fair Dealing" and Prime's 7th

26   cause of action for "Violation of Business & Professions Code § 17200 *et. seq.* claim" in Prime

27   Sherman Oaks, Prime Desert Valley, and Prime Chino Valley based upon assignment to Prime by

28   Kaiser's members of benefits under a Kaiser health policy;

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 229-2868 • FAX (213) 229-2870

80113.001/48984.1

3

[PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION AND ALLEGATIONS AND
REMANDING TO STATE COURT PURSUANT TO 28 U.S.C. § 1446

1   (c) dismissal of its 4th cause of action for "Breach of Written Contract – Written

2   Assignment" in its entirety in Prime Orange County; and

3   (d) dismissal of those portions (and only those portions) of the allegations in Prime's 5th

4   cause of action for "Breach of Implied Covenant of Good Faith and Fair Dealing" and Prime's 8th

5   cause of action for "Violation of Business & Professions Code § 17200 *et. seq.* claim" in Prime

6   Orange County based upon an assignment to Prime by Kaiser's members of benefits under a

7   Kaiser health policy;

8   Whereas, after Prime's stipulation at the August 21, 2008 hearing to dismiss the Cause of

9   Action Breach of Contract- Written Assignment, those portions of the Cause of Action of Breach

10  of Implied Covenant of Good Faith & Fair Dealing and the Cause of Action for Violation of

11  Business & Professions Code §17200 based upon the assignments, the Court found that, upon

12  dismissal of these allegations, the Court would not exercise supplemental jurisdiction over the

13  remaining causes of action in Prime Sherman Oaks, Prime Desert Valley, Prime Chino Valley and

14  Prime Orange County (Second Cause of Action for Breach of Contract; those portions of the

15  Fourth Cause of Action for Breach of Implied Covenant of Good Faith & Fair Dealing not based

16  upon the assignments; Fifth Cause of Action for Quantum Meruit, Sixth Cause of Action for

17  Intentional Interference with Contract; and those portions of the Seventh Cause of Action for

18  Violation of Business & Professions Code §17200 not based upon the assignments);Whereas,

19  upon the Court's consideration of Prime's Motion for Remand,  Kaiser's opposition, and the

20  parties' supplemental briefings associated with the Motion for Remand, having regularly come on

21  for hearing, and the Court being fully advised, the Court, having considered the papers submitted

22  and the oral argument presented by counsel,

23

24  **IT IS HEREBY ORDERED THAT:**

25  (1)   The Court accepts Prime's stipulation provided at the August 21, 2008 hearing to

26  dismiss certain causes of action and assignment of benefits allegations.  Accordingly, the

27  following are dismissed, as follows:

28  / / /

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 229-2868 • FAX (213) 229-2870

STECKBAUER
WEINHART
JAFFE, LLP

**1**  (a) Prime's 3rd cause of action for "Breach of Written Contract – Written

**2**  Assignment" in its entirety in Prime Sherman Oaks, Prime Desert Valley, and Prime Chino

**3**  Valley,

**4**  (b) Those portions (and only those portions) of the allegations in Prime's 4th cause

**5**  of action for "Breach of Implied Covenant of Good Faith and Fair Dealing" and Prime's 7th cause

**6**  of action for "Violation of Business & Professions Code § 17200 *et. seq.* claim" in Prime Sherman

**7**  Oaks, Prime Desert Valley, and Prime Chino Valley based upon an assignment to Prime by

**8**  Kaiser's members of benefits under a Kaiser health policy,

**9**  (c) Prime's 4th cause of action for "Breach of Written Contract – Written

**10**  Assignment" in its entirety in Prime Orange County, and

**11**  (d) Those portions (and only those portions) of the allegations in Prime's 5th cause

**12**  of action for "Breach of Implied Covenant of Good Faith and Fair Dealing" and Prime's 8th cause

**13**  of action for "Violation of Business & Professions Code § 17200 *et. seq.* claim" in Prime Orange

**14**  County based upon an assignment to Prime by Kaiser's members of benefits under a Kaiser health

**15**  policy are dismissed (only);

**16**  (2)  For the reasons stated on the record at the hearings on the Motion for Remand on

**17**  June 19, 2008 and August 21, 2008, the Court declines to exercise supplemental jurisdiction over

**18**  the remaining causes of action in Prime Sherman Oaks, Prime Desert Valley, Prime Chino Valley

**19**  and Prime Orange County;

**20**  (3)  For the reasons stated on the record at the hearings on the Motion for Remand on

**21**  June 19, 2008 and August 21, 2008, Prime Sherman Oaks, Prime Desert Valley, Prime Chino

**22**  Valley and Prime Orange County are hereby remanded back to the state courts from which they

**23**  were removed;

**24**  / / /

**25**  / / /

**26**  / / /

**27**  / / /

**28**  / / /

80113.001/48984.1

5

[PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION AND ALLEGATIONS AND REMANDING TO STATE COURT PURSUANT TO 28 U.S.C. § 1446

(4)     Neither Prime nor Kaiser shall recover attorneys' fees or costs in connection with removal or remand or dismissal of the assignment causes of action in any of the Prime Cases; and

(5)     Upon remand Kaiser shall have the time period under California Code of Civil Procedure § 430.90 to file its responsive pleading(s) in state court.

**IT IS SO ORDERED.**

DATED: September 18, 2008

_____
The Honorable George H. Wu
United States District Judge

SUBMITTED BY

DATED:                          STECKBAUER WEINHART JAFFE, LLP

By: _____
        Dawn Coulson
        Susan Freedman
Attorneys for Plaintiff
PRIME HEALTHCARE SERVICES II, LLC

STECKBAUER WEINHART JAFFE, LLP
333 S. Hope Street, 36th Floor, Los Angeles, California 90071
Tel. (213) 229-2868 • Fax (213) 229-2870

80113.001/48984.1

[PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION AND ALLEGATIONS AND REMANDING TO STATE COURT PURSUANT TO 28 U.S.C. § 1446